```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RODRIGO MOROCHO, on behalf of himself                       :
and all others similarly situated,                          :
                                                            :
                         Plaintiff,                         :    23-CV-3836 (VSB)
                                                            :
              -against-                                     :        ORDER
                                                            :
STARS JEWELRY BY THE A JEWELER                              :
CORP., STARS JEWELER BY TALIA, INC.,                        :
HANANYA ARANBAIEV (A/K/A ELI                                :
ARAN), and UAZIA ARANBAIEV,                                 :
                                                            :
                         Defendant.                         :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on May 8, 2023, (Doc. 1), and filed proofs of service on May 26 and 30, (Docs. 11, 12). The latest deadline for Defendants to respond to Plaintiff's complaint was June 13, 2023. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 11, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   June 27, 2023
         New York, New York

*[signature: Vernon Broderick]*
VERNON S. BRODERICK
United States District Judge