UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                :

RODRIGO MOROCHO, on behalf of himself  :
and all others similarly situated,               :

                                :

                       Plaintiff,   :             23-CV-3836 (VSB)

                                :

              -against-      :              **ORDER**

                                :

STARS JEWELRY BY THE A JEWELER    :
CORP., STARS JEWELER BY TALIA, INC.,  :
HANANYA ARANBAIEV (A/K/A ELI     :
ARAN), and UAZIA ARANBAIEV,       :

                                :

                   Defendants.  :

                                :

-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On February 28, 2024, I directed the parties to "promptly file an amended Case

Management Plan and Scheduling Order reflecting the new discovery deadlines." (Doc. 56.) To

date, the parties have not done so. Accordingly, it is hereby

ORDERED that the parties shall file a joint letter providing the Court with an update on

the status of this case by May 10, 2024. To the extent that the parties disagree on one or more

issues, the parties should set forth their respective positions as to each disputed issue in

separately designated sections of the joint letter. If the parties fail to comply with this Order, I

will dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: May 3, 2024
      New York, New York

                                    Vernon S. Broderick
                                    United States District Judge