

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

September 6, 2024

Robert Jun
Tel: (718) 500-3342
Fax: (718) 504-6987
Email: robert@seolawgroup.com

**VIA ECF**

Honorable Judge Henry J. Ricardo
500 Pearl Street
United States Courthouse
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

Dated:  September 9, 2024

Re:        *Morocho v. Stars Jewelry By the A Jeweler Corp. et al*
CASE #:      1:23-cv-03836-VSB

Dear Judge Ricardo:

This office represents all Defendants in the above-referenced matter. Currently the deadline for the parties to file their motions for summary judgment is September 9, 2024. With the consent of Plaintiff's counsel, we jointly request that this deadline be extended to September 23, 2024. The reason for the extension request is that the parties are currently engaging in settlement discussions. We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Seo Law Group, PLLC

By: _/s/ *Robert Jun*_____
Robert Jun
*Attorneys for Defendants*

cc: All counsel of record (via ECF)