UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
RODRIGO MOROCHO, *on behalf of himself*  :
*and all others similarly situated*,  :
:
      Plaintiff,  :    23-CV-3836 (VSB)
:
   -against-  :    **ORDER**
:
STARS JEWELRY BY THE A JEWELER  :
CORP., STARS JEWELER BY TALIA, INC.,  :
HANANYA ARANBAIEV (A/K/A ELI  :
ARAN), and UAZIA ARANBAIEV,  :
:
      Defendants.  :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

   On January 23, 2025, Seo Law Group, PLLC filed a motion to withdraw themselves as counsel for Defendants Stars Jewelry By the A Jeweler Corp., Stars Jeweler by Talia, Inc., Hananya Aranbaiev, and Uazia Aranbaiev. Counsel for Defendants is directed to file certificates of service on the docket demonstrating that their clients have been served with their application to withdraw as counsel pursuant to Local Civil Rule 1.4.

SO ORDERED.

Dated:  January 27, 2025
     New York, New York

                     _____
                     Vernon S. Broderick
                     United States District Judge