```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGO MOROCHO,

                Plaintiff,

    -v-

STARS JEWELRY BY THE A JEWELER CORP., ET AL.,

                Defendants.

**ORDER**

23-CV-3836 (VSB)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated October 28, 2025, this case was referred to the undersigned for settlement. ECF No. 100.

    A conference is scheduled on **December 2, 2025,** at **3:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 885 753 434#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 29, 2025
       New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge

1