USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGO MOROCHO,

                Plaintiff,

      -v-

STARS JEWELRY BY THE A JEWELER CORP.,
ET AL.,

           Defendants.

**ORDER**

23-CV-3836 (VSB)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on December 2, 2025 to discuss settlement procedures and scheduling a future settlement conference.  As discussed during today's conference:

- By **December 12, 2025**, Plaintiff shall make a renewed settlement demand and shall send a list of requested financial disclosures to Defendants;

- By **December 18, 2025**, Defendants shall provide a counteroffer; and

- By **January 5, 2026**, Defendants shall provide a response to the requested financial disclosures.

A conference is scheduled on **January 7, 2026,** at **2:00 p.m.** by telephone to discuss the status of the parties' settlement efforts.  Counsel should contact

1

chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 977 912 224#).

**SO ORDERED.**

Dated: December 2, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge