UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGO MOROCHO,

              Plaintiff,

     -v-

STARS JEWELRY BY THE A JEWELER CORP.,
ET AL.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2026

**ORDER**

23-CV-3836 (VSB)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on January 7, 2026 to discuss the status of the parties' settlement efforts. The parties having exchanged proposals as directed by the Court's December 2, 2025 Order, ECF No. 102, the parties are directed to confer regarding their availability for a virtual settlement conference. By **January 14, 2026**, the parties shall file a letter advising the Court of dates on which they are available for such a settlement conference.

**SO ORDERED.**

Dated: January 7, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1