USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/12/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGO MOROCHO,

                Plaintiff,

       -v-

STARS JEWELRY BY THE A JEWELER CORP.,
ET AL.,

            Defendants.

**ORDER**

23-CV-3836 (VSB)

**HENRY J. RICARDO, United States Magistrate Judge.**

A settlement conference is scheduled before Magistrate Judge Henry J. Ricardo on **April 2, 2026 at 10:00 a.m.** by videoconference.  The undersigned's deputy will email access information to counsel.

The parties are directed to review and comply with the Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo (the "Procedures"), available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

The parties are also granted a corresponding extension of time to submit their pre-settlement materials.  By **March 19, 2026**, the parties shall submit to RicardoNYSDChambers@nysd.uscourts.gov their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call as described in paragraphs 5–7 of the Procedures.  **The Ex Parte Settlement Letter should not be sent to the other parties.**

The parties should exchange their initial settlement demands and responses in advance of their Ex Parte Settlement Letter submissions.

1

The parties—not just the attorneys—must attend the settlement conference. Corporate parties and insurance companies (or any other party that is not a natural person) must send to the conference the person ultimately responsible for giving settlement authority.  If it would be a great hardship for a party to attend, upon written application in advance of the conference the undersigned will sometimes excuse that party's presence, but will require that party to be available by telephone throughout the settlement conference.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 106 as **GRANTED.**

**SO ORDERED.**

Dated: March 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge