UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/21/2026__

RODRIGO MOROCHO,

                    Plaintiff,

          -v-

STARS JEWELRY BY THE A JEWELER CORP.,
ET AL.,

                    Defendants.

**ORDER**

23-CV-3836 (VSB)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a remote settlement conference on May 21, 2026.  The

Parties shall submit a status report on settlement efforts by email to

RicardoNYSDChambers@nysd.uscourts.gov by **June 5, 2026**.

**SO ORDERED.**

Dated: May 21, 2026
          New York, New York

Henry J. Ricardo
United States Magistrate Judge