UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/2026__

RODRIGO MOROCHO,

               Plaintiff,

     -v-

STARS JEWELRY BY THE A JEWELER CORP.,
ET AL.,

             Defendants.

**ORDER**

23-CV-3836 (VSB)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Parties have reported that they have reached a settlement and request until July 31, 2026 to finalize it.  The Parties shall provide an update on the status, but not the substance, of the settlement by **June 30, 2026**, unless the case is dismissed before then.

**SO ORDERED.**

Dated: June 8, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge