UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGO MOROCHO,

                    Plaintiff,

        -v-

STARS JEWELRY BY THE A JEWELER CORP.,
ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2026

**ORDER**

23-CV-3836 (VSB)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's June 8, 2026 Order, ECF No. 111, the parties were directed to file a status report regarding the status, but not the substance, of their settlement efforts by June 30, 2026.  To date, no status report has been filed on the docket.  The Court *sua sponte* extends the deadline to submit a status report to **July 7, 2026**.

**SO ORDERED.**

Dated: July 1, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge

1