USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGO MOROCHO,

Plaintiff,

-v-

STARS JEWELRY BY THE A JEWELER CORP., ET AL.,

Defendants.

**ORDER**

23-CV-3836 (VSB)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' letter motion offering a status update and requesting an extension of time to finalize their settlement. ECF No. 115. The request is **GRANTED.** The Parties are directed to file another joint status report by **August 14, 2026**, unless the case is dismissed before then.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 115 as **GRANTED**.

**SO ORDERED.**

Dated: August 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge