UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGO MOROCHO,

Plaintiff,

-against-

STARS JEWELRY BY THE A JEWELER CORP., STARS JEWELER BY TALIA, INC., HANANYA ARANBAIEV (A/K/A ELI ARAN), AND UAZIA ARANBAIEV,

Defendants.

**Case No.** 1:23-cv-03836-VSB

**JUDGMENT**

Upon Plaintiff's acceptance of Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. 68, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Plaintiff RODRIGO MOROCHO and against Defendants STARS JEWELRY BY THE A JEWELER CORP., STARS JEWELER BY TALIA, INC., HANANYA ARANBAIEV (a/k/a ELI ARAN), and UAZIA ARANBAIEV, jointly and severally, in the principal amount of $15,000.00, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from entry of judgment until paid in full, and any amounts recoverable under Paragraph 3 below.

2. Defendants shall pay the $15,000.00 within five (5) business days after entry of judgment, by wire transfer to Sacco & Fillas, LLP's attorney trust account or, at Plaintiff's counsel's election, by attorney check, certified or bank check payable to "Sacco & Fillas, LLP as attorneys for Rodrigo Morocho." Payment is not made until actually received and irrevocably cleared. No setoff, deduction, recoupment, or counterclaim may be asserted against the payment obligation.

3. Upon failure to make full and timely payment, Plaintiff may enforce this Judgment pursuant to Fed. R. Civ. P. 69 and shall recover from Defendants, jointly and severally, all reasonable attorneys' fees and costs incurred in enforcing or collecting the Judgment, in addition to

post-judgment interest. The payment deadline is not extended by Fed. R. Civ. P. 62(a). Defendants shall not seek a stay of enforcement and consent to Plaintiff's application for an order permitting enforcement upon default.

4. The $15,000.00 is inclusive of all claims for damages of any kind, pre-judgment interest, costs, and attorneys' fees accrued to the date of the Offer. Except for post-judgment interest and the enforcement fees and costs stated above, no further amounts are recoverable from Defendants in this action.

The Clerk of Court shall enter judgment accordingly.

Dated: New York, New York
8/17/2026

Vernon Broderick

United States District Judge